

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00257-CR

_____

MAXINE JULIE BALDERAZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 22,499-B; Honorable John Board, Presiding

August 21, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Maxine Julie Balderaz, has filed a *Motion to Dismiss the Appeal*. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and her attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice

Do not publish.